MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
STEPHEN LAU (SBN 221051)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:   (916) 553-4000
Facsimile:   (916) 553-4011
E-mail:      kcm@mgslaw.com

Attorneys for Defendants
Clinton C. Myers, Clinton C. Myers as the Trustee of
the Clinton Charles Myers Revocable Trust Dated 03/07/89,
Myers Homes of California, LLC, and Myers Homes, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, </br></br> Plaintiff, </br></br> v. </br></br> WINCHESTER PROPERTIES, LLC, a Delaware Limited Liability Company; WINCHESTER COUNTRY CLUB, LLC, a California Limited Liability Company; CLINTON C. MYERS, as the Trustee of the CLINTON CHARLES MYERS REVOCABLE TRUST Dated 03/07/89; MYERS HOMES OF CALIFORNIA, LLC, a Nevada Limited Liability Company; MYERS HOMES, INC., a California Corporation; SECURITY SAVINGS BANK, a Nevada State Bank; </br></br> Defendants. | CASE NO: 2:07-CV-02612 LEW/KJM </br></br> **EX PARTE APPLICATION OF DEFENDANTS CLINTON C. MYERS, CLINTON C. MYERS AS TRUSTEE, MYERS HOMES OF CALIFORNIA, LLC AND MYERS HOMES, INC. FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT;** </br></br> **ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT** |

1  Defendants Clinton C. Myers, Clinton C. Myers as the Trustee of
2  the Clinton Charles Myers Revocable Trust Dated 03/07/89, Myers Homes of California, LLC,
3  and Myers Homes, Inc. ("Defendants") hereby apply ex parte, pursuant to Local Rule 6-144(c),
4  for an initial extension of time of 30 days, to and including Wednesday, February 13, 2008,
5  within which to file their response to plaintiff's Complaint (which Plaintiff filed on December 5,
6  2007). This ex parte application is made pursuant to Local Rule 6-144(c). The attached
7  declaration of Kenneth C. Mennemeier is filed herewith in support of this application. In
8  connection with this application, Defendants indicate:

    (1) The current due date for their response is January 14, 2008;

    (2) Defendants hereby request a 30-day extension, to February 13, 2008;

    (3) Defendants have not previously asked the Court for any extensions;

    (4) Good cause for the extension is set forth in the attached Declaration of Kenneth C. Mennemeier.

MENNEMEIER, GLASSMAN & STROUD
KENNETH C. MENNEMEIER

Dated: January 4, 2008  /s/ Kenneth C. Mennemeier
Kenneth C. Mennemeier, Attorneys for Defendants Clinton C. Myers, Clinton C. Myers, as the Trustee of the Clinton Charles Myers Revocable Trust Dated 03/07/89, Myers Homes of California, LLC, and Myers Homes, Inc.

## DECLARATION OF KENNETH C. MENNEMEIER

I, Kenneth C. Mennemeier, declare:

1. I am an attorney licensed to practice in the State of California and a partner in the law firm Mennemeier, Glassman & Stroud LLP, counsel for Defendants Clinton C. Myers, both individually and as the Trustee of the Clinton Charles Myers Revocable Trust dated 03/07/89, Myers Homes of California, LLC, and Myers Homes, Inc. ("Defendants") in this matter.

2. Defendants' response to the Complaint is presently due January 14, 2008.

3. Defendants have not previously asked the Court to extend time for their response to the Complaint.

4. On Defendants' behalf, pursuant to Local Rule 6-144(c), I hereby request a 30-day extension of time to file Defendants' response to the Complaint. My client approves this request.

5. This request for an extension is made for the following reasons:

   a. This is a complex matter involving complex questions of commercial law;
   b. The amount in controversy is substantial, as Plaintiff prays for judgment in excess of $61,000,000 (sixty-one million dollars) (*see* Complaint, at page 18, lines 5-6);
   c. I first met with Defendants and was asked by them to appear on their behalf in this action on Thursday, December 27, 2007;
   d. The intervening New Year's Day holiday has limited my and my clients' opportunity to confer to discuss background facts and plaintiff's allegations and to identify any affirmative defenses and/or counterclaims;
   e. My client has no objection to the issuance of an extension of time; and
   f. I am not aware of any prejudice that Plaintiff would suffer if an extension were granted.

/ / /

/ / /

/ / /

6. I contacted Plaintiff's counsel (Mark Cameron) on Friday, December 28, 2007, and requested an extension by leaving him a voice-mail. He responded on Monday, December 31, 2007, by voice-mail and e-mail, indicating that Plaintiff would not agree to the requested extension.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 4, 2008, in Sacramento, California.

      /s/ Kenneth C. Mennemeier
      Kenneth C. Mennemeier

**ORDER**

GOOD CAUSE APPEARING, Defendants Clinton C. Myers, Clinton C. Myers as the Trustee of the Clinton Charles Myers Revocable Trust Dated 03/07/89, Myers Homes of California, LLC and Myers Homes, Inc. shall have an extension of time, until Wednesday, February 13, 2008, to respond to Plaintiff's Complaint.

DATED: January 7, 2008

      /s/ Ronald S. W. Lew
      U.S. District Judge