1  WILLIAM J. LAFFERTY (No. 120814)
   (email: blafferty@howardrice.com)
2  GARY M. KAPLAN (No. 155530)
   (email: gmkaplan@howardrice.com)
3  HOWARD RICE NEMEROVSKI CANADY
           FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Defendants
   WINCHESTER PROPERTIES, LLC and
8  WINCHESTER COUNTRY CLUB, LLC

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>            Plaintiff,<br><br>v.<br><br>WINCHESTER PROPERTIES, LLC, a Delaware Limited Liability Company; WINCHESTER COUNTRY CLUB, LLC, a California Limited Liability Company; CLINTON C. MYERS; CLINTON C. MYERS, as the Trustee of the CLINTON CHARLES MYERS REVOCABLE TRUST Dated 03/07/89; MYERS HOMES OF CALIFORNIA, LLC, a Nevada Limited Liability Company; MYERS HOMES, INC., a California corporation; SECURITY SAVINGS BANK; a Nevada State Bank; and DOES 1 through 200, inclusive,<br><br>            Defendants. | Case No.: 2:07-CV-02612-JAM-KJM<br><br>STIPULATION REGARDING MODIFICATION OF PRE-TRIAL SCHEDULING ORDER; ORDER THEREON |

**1.    INTRODUCTION**

Plaintiff Wachovia Bank, National Association, and defendants Winchester Properties, LLC, Winchester Country Club, LLC Clinton C. Myers, Clinton C. Myers as the Trustee of the Clinton Charles Myers Revocable Trust Dated 03/07/89, Myers Homes of

-1-    STIPULATION RE MODIFYING SCHEDULING ORDER
(No. 2:07-CV-02612-JAM-KJM)

PDF created with pdfFactory trial version www.pdffactory.com

California, LLC, Myers Homes, Inc., and Security Savings Bank, the parties herein (collectively, the "Parties"), through their respective counsel, hereby enter into this Stipulation Regarding Modification of Pre-Trial Scheduling Order ("Stipulation") with reference to the following facts:

### A. RECITALS

1. On May 7, 2008, the Court filed herein its Status (Pre-Trial Scheduling) Order (Docket No. 34) (the "Scheduling Order").

2. On May 13, 2008, the Parties filed herein their Joint Objections to and Requests for Modification of the Scheduling Order (Docket No. 37) (the "Joint Request") seeking to modify the Scheduling Order in certain respects to conform to the Parties Joint Status Report and Proposed Order filed herein on February 11, 2008 (Docket No. 22).

3. On May 15, 2008, the Court informed the Parties that it approved the Joint Request, and directed the Parties to submit a stipulation and proposed order reflecting such modifications to the Scheduling Order.

### B. AGREEMENT

Based on the foregoing, the Parties hereby agree that the Scheduling Order shall be and hereby is deemed modified as follows:

1. The deadline for the Parties to exchange supplemental expert disclosure and disclose any rebuttal experts pursuant to Fed. R. Civ. P. 26(a)(2) shall be August 21, 2008 (rather than August 4, 2008 as provided in the Scheduling Order).

2. The cut-off for expert discovery shall be September 18, 2008 (rather than August 4, 2008 as provided in the Scheduling Order).

3. The discovery cut-off as to both non-expert and expert discovery shall exclude subsequent discovery resulting from resolution of any discovery motions. Any discovery motion as to non-expert discovery shall be filed by August 20, 2008, and any discovery motion as to expert discovery shall be filed by October 4, 2008.

4. Except as expressly provided herein, the Scheduling Order shall continue to govern and remain in effect with respect to this case.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: May 20, 2008 | MILLER STARR REGALIA |
| 2 | | |
| 3 | | By:      /s/ Mark A. Cameron |
| 4 | | MARK A. CAMERON<br>Attorneys for PLAINTIFF |
| 5 | | WACHOVIA BANK, NATIONAL<br>ASSOCIATION |
| 6 | | |
| 7 | Dated: May 20, 2008 | HOWARD RICE NEMEROVSKI CANADY<br>   FALK & RABKIN |
| 8 | | A Professional Corporation |
| 9 | | |
| 10 | | By:      /s/ Gary M. Kaplan |
| 11 | | GARY M. KAPLAN<br>Attorneys for DEFENDANTS |
| 12 | | WINCHESTER PROPERTIES, LLC AND<br>WINCHESTER COUNTRY CLUB, LLC |
| 13 | | |
| 14 | Dated: May 20, 2008 | FULBRIGHT & JAWORSKI L.L.P |
| 15 | | |
| 16 | | By:      /s/ Robert W. Fischer, Jr. |
| 17 | | ROBERT W. FISCHER, JR.<br>Attorneys for DEFENDANT |
| 18 | | SECURITY SAVINGS BANK |
| 19 | | |
| 20 | Dated: May 20, 2008 | MENNEMEIER, GLASSMAN & STROUD LLP |
| 21 | | |
| 22 | | By:      /s/ Kenneth C. Mennemeier |
| 23 | | KENNETH C. MENNEMEIER<br>Attorneys for DEFENDANTS |
| 24 | | CLINTON C. MYERS, CLINTON<br>CHARLES MYERS REVOCABLE TRUST |
| 25 | | Dated 03/07/89, MYERS HOMES OF<br>CALIFORNIA, LLC, and MYERS |
| 26 | | HOMES, INC. |
| 27 | | |
| 28 | | |

-3-     STIPULATION RE MODIFYING SCHEDULING ORDER
(No. 2:07-CV-02612-JAM-KJM)

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The foregoing Stipulation is hereby adopted by the Court and the Parties are ordered to comply with this Order.

DATED: May 20, 2008

/s/ John A. Mendez
Hon. John A. Mendez

UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com