1 MARK A. CAMERON (Bar No. 100449)
   (e-mail: mac@msrlegal.com)
2 WILLIAM D. PAHLAND, JR. (Bar No. 215332)
   (e-mail: wdp@msrlegal.com)
3 MILLER STARR REGALIA
   A Professional Law Corporation
4 1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
5 Walnut Creek, California  94596
   Telephone:    925 935 9400
6 Facsimile:    925 933 4126

7 Attorneys for Plaintiff
   WACHOVIA BANK, NATIONAL ASSOCIATION

8

9                  UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 WACHOVIA BANK, NATIONAL ASSOCIATION, | Case No.:  2:07-CV-02612-JAM-KJM |
| 13 | JUDGMENT |
| Plaintiff, | |
| 14 | Case Filed:  December 5, 2007 |
| v. | |
| 15 | |
| 16 WINCHESTER PROPERTIES, LLC, a Delaware Limited Liability Company; WINCHESTER COUNTRY CLUB, | |
| 17 LLC, a California Limited Liability Company; CLINTON C. MYERS; | |
| 18 CLINTON C. MYERS, as the Trustee of the CLINTON CHARLES MYERS | |
| 19 REVOCABLE TRUST Dated 03/07/89; MYERS HOMES OF CALIFORNIA, | |
| 20 LLC, a Nevada Limited Liability Company; MYERS HOMES, INC., a | |
| 21 California corporation; SECURITY SAVINGS BANK; a Nevada State Bank; | |
| 22 and DOES 1 through 200, inclusive, | |
| 23 Defendants. | |

24

25        Based upon that summary judgment motion duly filed on or about August 20,

26 2008, and based upon a related written "Stipulation for Ruling on Summary Judgment and Order

27 Thereon" entered between counsel for plaintiff WACHOVIA BANK, NATIONAL

28 ASSOCIATION (hereinafter "Plaintiff") and defendants MYERS HOMES OF CALIFORNIA,

PDF created with pdfFactory trial version www.pdffactory.com

1  LLC and MYERS HOMES, INC (hereinafter referred to as the "Myers Homes Defendants") filed

2  with this Court in December, 2008 (the "Stipulation"), whereby plaintiff and the Myers Homes

3  Defendants agreed that Judgment could be entered in this matter against the Myers Homes

4  Defendants, and good cause appearing therefor,

5          JUDGMENT IS ENTERED in favor of plaintiff WACHOVIA BANK,

6  NATIONAL ASSOCIATION and against defendants MYERS HOMES OF CALIFORNIA, LLC

7  and MYERS HOMES, INC in the principal sum of $42,445,036.18 as of December 19, 2008,

8  plus 135 days of daily pre-judgment interest through December 19, 2008 at a rate of $9,831.89,

9  for total pre-judgment interest $1,327,305.15, plus legal fees and costs through date of judgment

10  in the amount of $125,000, for a total judgment of $43,897,341.33 as of the effective judgment

11  date of December 19, 2008, together with future interest which may accrue upon the judgment

12  amount above, after December 19, 2008, until judgment is paid, at the daily rate of $9,831.89,

13  such rate to be reduced pro-rata if and as amounts are paid on the judgment principal in the future.

14

15  Dated:  January 5, 2009

16                                    /s/ John A. Mendez
                                      John A. Mendez
17                                    United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com