1  MARK A. CAMERON (Bar No. 100449)
     (e-mail: mac@msrlegal.com)
2  MILLER STARR REGALIA
   A Professional Law Corporation
3  1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
4  Walnut Creek, California  94596
   Telephone:      925 935 9400
5  Facsimile:       925 933 4126

6  Attorneys for Plaintiff
   WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>WINCHESTER PROPERTIES, LLC, a Delaware Limited Liability Company; WINCHESTER COUNTRY CLUB, LLC, a California Limited Liability Company; CLINTON C. MYERS; CLINTON C. MYERS, as the Trustee of the CLINTON CHARLES MYERS REVOCABLE TRUST Dated 03/07/89; MYERS HOMES OF CALIFORNIA, LLC, a Nevada Limited Liability Company; MYERS HOMES, INC., a California corporation; SECURITY SAVINGS BANK; a Nevada State Bank; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: 2:07-CV-02612-JAM-KJM<br><br>ORDER APPROVING RECEIVER'S FINAL REPORT AND ACCOUNTING, DISCHARGING RECEIVER, <u>AND EXONERATING RECEIVER'S BOND</u><br><br>Case Filed:  December 5, 2007 |

A Stipulation for Appointment of a Receiver ("Stipulation") was electronically filed on May 7, 2008 before the Honorable John A. Mendez of the above-entitled Court by Miller Starr Regalia on behalf of plaintiff WACHOVIA BANK, NATIONAL ASSOCIATION ("Wachovia").

1         Based on stipulations of the parties, and good cause appearing, this Court promptly granted Wachovia's application for an order of appointment of receiver, conditioned upon lack of objection to the proposed Receiver Douglas P. Wilson, upon Receiver taking the oath required by law, and upon Receiver filing herein an approved surety company bond in the penal sum of $150,000, conditioned upon the faithful performance of its duties as such Receiver.

        The Receiver submitted its Final Report and Accounting. On or about March 20, 2009, a Motion for Approval of Receiver's Final Report and Accounting for Discharge of Receiver, and for Exoneration of Bond was filed by Wachovia and by Douglas P. Wilson for a proposed "Order Approving Receiver's Final Report and Accounting, Discharging Receiver, and Exonerating Receiver's Bond." The motion indentified the hearing date as May 6, 2009 and appears to have been duly served.

        GOOD CAUSE APPEARING, this Court finds that there is no further purpose to the Receivership, that Receiver Douglas P. Wilson has filed a complete and acceptable Final Report and Accounting for monies spent and raised during the Receivership and disposition thereof, that the Receiver's compensation was previously billed and documented is approved, that the Receiver shall pay itself $15,181 from the remaining cash balance in the Receivership funds of $85,050.53, and then disburse the balance of $69,869.23 to Winchester REO, LLC, that the Receivership may be and therefore is hereby ordered terminated as of July 31, 2008, when the Property was turned over to plaintiff, that Receiver Douglas P. Wilson is hereby discharged from any further obligations or duties whatsoever under the original order of appointment of receiver, and that the Receiver's bond and surety are hereby fully released from further claim or liability, no claimants having appeared.

Dated: May 5, 2009

                                                          /s/ John A. Mendez
                                                          U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com